UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER H., | Case No. 23-cv-04051-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, et al., | |
| Defendants. | |

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this action to the Commissioner for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 24, 2024

_____
SUSAN ILLSTON
United States District Judge